UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jacqueline Vanderwarker, | : |
| | : Civil Action No.: 1:14-cv-00203-GTS-CFH |
| Plaintiff, | : |
| v. | : |
| GE Capital Retail Bank; and DOES 1-10, inclusive, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against GE Capital Retail Bank and DOES 1-10, inclusive with prejudice and without costs to any party.

| Jacqueline Vanderwarker | GE Capital Retail Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Geoffrey G. Young |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Geoffrey G. Young, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400<br>Attorney for Defendant |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of New York Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By /s/ Sergei Lemberg_____
                                                 Sergei Lemberg