UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

Jacqueline Vanderwarker,

                Plaintiff,

v.

GE Capital Retail Bank; and DOES 1-10, inclusive,

                Defendant.
_____

Civil Action No.: 1:14-cv-00203-GTS-CFH

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against GE Capital Retail Bank and DOES 1-10, inclusive with prejudice and without costs to any party.

| Jacqueline Vanderwarker | GE Capital Retail Bank |
|---|---|
| /s/ Sergei Lemberg | /s/ Geoffrey G. Young |
| Sergei Lemberg, Esq. (SL 6331)<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT 06905<br>(203) 653-2250<br>Attorney for Plaintiff | Geoffrey G. Young, Esq.<br>Reed Smith LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400<br>Attorney for Defendant |

IT IS SO ORDERED:

/s/ Glenn T. Suddaby
Glenn T. Suddaby
U.S. District Judge

Dated: 3/11/15
Syracuse, NY